ORIGINAL

FLORENCE T. NAKAKUNI       #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY           #4472
Chief, Special Crime Section

DARREN W.K. CHING         #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2012

at _____ o'clock and 28 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR12-00054 JMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. |
| | ) |
| Plaintiff, | ) INDICTMENT |
| | ) |
| vs. | ) Count 1 |
| | ) 18 U.S.C. § 115(a)(1)(B) - |
| RONALD W. SAVILLE, | ) Influencing Federal Official |
| | ) by Threat |
| Defendant. | ) |
| | ) |
| | ) |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about the 27th day of November, 2011, in the District of Hawaii, the defendant, RONALD W. SAVILLE, did threaten to murder S.O.M., a United States judge, with intent to retaliate

against S.O.M. on account of the performance of her official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and 115(b)(4).

DATED: January 12, 2012, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Special Crime Section

DARREN W.K. CHING
Assistant U.S. Attorney

United States v. RONALD W. SAVILLE
Cr. No.
INDICTMENT

2