ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 25 2021

at 2 o'clock and 40 min. P M
MICHELLE RYNNE, CLERK
LS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR No. 12-00054 AWT |
| | ) | |
| v. | ) | ORDER RE EARLY |
| | ) | TERMINATION OF |
| RONALD W. SAVILLE, | ) | SUPERVISED RELEASE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Saville has moved for early termination of his supervised release

("SR") pursuant to 18 U.S.C. §3583.

Defendant's sentence included a three-year term of SR following a term of

imprisonment. He has completed service of his term of imprisonment and is

nearing completion of his SR, having completed 33 months of his 36-month term.

The court has reviewed Defendant's motion, the government's opposition,

Received By Mail
Date OCT 2 5 2021

and the confidential recommendation of the Probation Officer.

First, the court acknowledges that Defendant has complied with the conditions of his SR and is to be commended for doing so. Nonetheless, compliance with the conditions of SR is not, standing alone, a sufficient reason for early termination. After consideration of all of the circumstances, the court sees no urgent need for early termination, and concludes that the interests of justice will be better served by Defendant's completion of service of the full three-year term of his SR.

The motion for early termination of supervised release [Dkt. 68] is DENIED.

Dated:  OCT 2 2 2021

A. WALLACE TASHIMA
United States Circuit Judge
Sitting by Designation